UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| In the Matter of | Case: 07 C 6463 |
| **DANIEL OTERO,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **CITY OF CHICAGO;** ) <br> Chicago Police Officers ) <br> **CHAD BEHREND, Star 19481; and** ) <br> **KEN WEST, Star 11441;** ) <br> ) <br> **Defendants.** ) | NO. 07 C 6463 <br><br> JUDGE ANDERSEN <br><br> MAGISTRATE COLE |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR

DEFENDANTS: Chad Behrend, Ken West, City of Chicago

| | |
|---|---|
| SIGNATURE | s/ Patricia J. Kendall |
| FIRM | Assistant Corporation Counsel <br> City of Chicago Corporation Counsel |
| STREET ADDRESS | 30 N. LaSalle St., Suite 1400 |
| CITY/STATE/ZIP | Chicago, IL 60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06195253 | TELEPHONE NUMBER <br> 312.744.5170 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X**   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X**   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X**   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |