IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DANIEL OTERO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 07 C 6463 |
| | ) | |
| CITY OF CHICAGO; | ) | JUDGE ANDERSEN |
| Chicago Police Officers | ) | MAGISTRATE JUDGE COLE |
| CHAD BEHREND, Star 19481; and | ) | |
| KEN WEST, Star 11441; | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' AGREED MOTION FOR EXTENSION
OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendants Behrend, West, and the City of Chicago, by their attorney, Patricia J. Kendall, Assistant Corporation Counsel, respectfully request this Honorable Court extend the time for defendants to answer or otherwise plead to plaintiff's complaint. <u>Plaintiff does not object to this request fo an extension of time to respond to the complaint</u>. In support of this motion defendants state as follows:

1. Plaintiff filed this lawsuit on November 14, 2007.

2. Defendants Behrend and West were served between December 11 and December 20, 2007.

3. Counsel has been informed that Defendant West is on vacation until approximately January 9, 2008; consequently, counsel has not yet been able to meet with Defendant West concerning the allegations of the complaint.

4. Counsel is scheduled to be out of the country from January 12 until February 4, 2008 and will not be able to meet with Defendant West until returning to the

office in early February.

5. Defendants' counsel seeks an extension of time to answer or otherwise plead in order to meet with Defendant West prior to preparing a responsive pleading on behalf of all defendants.

5. Defendants request until February 19, 2008 to answer or otherwise plead to plaintiff's complaint. Plaintiff's counsel does not object to this request for an extension of time.

6. This motion is not made for the purposes of undue delay, but to allow all defendants adequate time to meet with their attorney and properly prepare their defense. No prejudice will result to plaintiff by granting this motion

WHEREFORE, defendants Behrend, West, and the City of Chicago respectfully request this court extend the time for them to answer or otherwise plead to plaintiff's complaint until February 19, 2008

                                        Respectfully Submitted,

                                        s/ Patricia J. Kendall
                                        Patricia J. Kendall
                                        Assistant Corporation Counsel
                                        Attorney for Defendants Behrend, West and
                                        the City of Chicago

30 N. LaSalle Street, Suite 1400
Chicago, IL 60602
312-744-5170
Atty no. 06195253

## CERTIFICATE OF SERVICE

      I hereby certify that I have caused true and correct copies of the above and foregoing **DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** to be sent to all attorneys of record via the court's electronic notification system.

                                          _s/ Patricia J. Kendall_____
                                          Patricia J. Kendall