IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DANIEL OTERO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 07 C 6463 |
| ) | |
| CITY OF CHICAGO; ) | JUDGE ANDERSEN |
| Chicago Police Officers ) | |
| ) | MAGISTRATE JUDGE COLE |
| CHAD BEHREND, Star 19481; and ) | |
| KEN WEST, Star 11441; ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF MOTION

TO:   Lawrence Jackowiak
      20 N. Clark, Suite 1700
      Chicago, Illinois  60602

   PLEASE TAKE NOTICE that I have this day efiled with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

   PLEASE TAKE FURTHER NOTICE that I shall appear before the Honorable Judge Andersen, or before such other judge sitting in his stead, on the 17th day of January 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

DATED:  January 10, 2008

                              s/ Patricia J. Kendall
                              Patricia J. Kendall
                              Assistant Corporation Counsel

30 N. LaSalle, Ste. 1400
Chicago, Illinois  60602
(312) 744-5170