## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Daniel Otero
                              Plaintiff,

v.                                          Case No.: 1:07−cv−06463
                                            Honorable Wayne R. Andersen

City Of Chicago, et al.
                              Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, January 17, 2008:


    MINUTE entry before Judge Wayne R. Andersen :Defendant's motion for extension of time to answer [12] or otherwise plead to plaintiff's complaint is granted to 2/19/2008. Mailed notice(tsa, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.